UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 98-cv-000201-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KENNETH JOHNSON,

        Defendant,

  and

MESA COUNTY VALLEY SCHOOL DISTRICT 51,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee MESA COUNTY VALLEY SCHOOL DISTRICT 51 shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: October 10, 2006

_____
UNITED STATES DISTRICT JUDGE