IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00201-ABJ

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KENNETH JOHNSON,

        Defendant,

        and

MESA COUNTY VALLEY SCHOOL DISTRICT 51,

        Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT
---

      This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

      ORDERED and entered this 27th day of October, 2006.

                                      BY THE COURT:

                                      *Alan B. Johnson*
                                      UNITED STATES DISTRICT JUDGE